**Affirmed and Memorandum Majority and Concurring Opinions filed September 30, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00789-CR

---

### JESUS CAJICA ZERMENO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-18-0920-CR**

---

## MEMORANDUM CONCURRING OPINION

There is legally-sufficient evidence in the record from Rocky Hernandez and Jose Nunez that appellant shot at both complainants. Further, appellant's brief does not present any argument addressing why the inclusion of the law of parties in the jury charge was error.

I concur in the judgment.


/s/    Charles A. Spain
Justice

Panel consists of Justices Spain, Hassan, and Poissant (Poissant, J., majority).
Do Not Publish — Tex. R. App. P. 47.2(b).